*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

FILED
DEC - 3 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              ) Case No. 08-37113-D-13L
                                    )
JO ANN VASSALLO,                    ) DC No. none
                                    )
                 Debtor.            )
_____)

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM DECISION

On November 21, 2008, Jo Ann Vassallo ("the debtor") filed the instant Chapter 13 case. On November 25, 2008 the debtor filed a Motion to Overturn Foreclosure Sale (the "Motion"). The Motion requests the court nullify a pre-petition foreclosure sale on the debtor's residence. The Motion will be denied for the reasons stated below.

The Motion requests the court "overturn" a pre-petition foreclosure sale. As such, the Motion requests the court determine the debtor's interest in real property and such relief can only be granted by way of an adversary proceeding, not by motion. (See Bankruptcy Rule 7001(2))

As a separate basis for denying the Motion, service was defective in that it was not served on interested parties pursuant to Bankruptcy Rule 7004, and the debtor failed to comply with the procedural requirements of Local Bankruptcy Rule 9014.

1 | For the foregoing reasons the Motion will be denied by separate
2 | order.

Dated: December 3, 2008

*[signature]*
ROBERT S. BARDWIL
United States Bankruptcy Judge

**CERTIFICATE OF MAILING**

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document to each of the parties listed below:

Jo Ann Vassallo
9060 Stockhorse Lane
Granite Bay, CA 95746

Lawrence Loheit
P.O. Box 1858
Sacramento, CA 95812-1858

DATE: December 3, 2008

_____
Deputy Clerk